LEASEHOLD ESTATES, INC., PLAINTIFF-PETITIONER, v. FULBRO HOLDING COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 47 *N. J. Super.* 534.

*Messrs. Lum, Fairlie & Foster* for the petitioner.

*Messrs. Riker, Emery & Danzig* and *Mr. Alvin Weiss* for the respondents.

January 27, 1958. Granted.

LEASEHOLD ESTATES, INC., PLAINTIFF, v. FULBRO HOLDING COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS, AND SIDNEY A. FRANKLIN, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 47 *N. J. Super.* 534.

*Messrs. Clancy & Hayden* for the petitioners.

*Messrs. Riker, Emery & Danzig* and *Mr. Alvin Weiss* for the respondents.

January 27, 1958. Granted.